UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| U.S. WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC., | ) | Case No. 01-10262 (CSS) (Jointly Administered) |
| Debtors. | ) | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC., | ) | Adv. Proc. No. 07-51413 (CSS) |
| Plaintiff, | ) | |
| vs. | ) | |
| MATI WAX, | ) | |
| Defendant. | ) | |

**DEFENDANT MATI WAX'S DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Mati Wax, the defendant in the above-captioned adversary proceeding and the appellant (the "Appellant") in this appeal (the "Appeal") hereby designates the following items be included in the record on the Appeal of that certain final order [Adv. Proc. Docket No. 27] (the "Order")of the United States Bankruptcy Court for the District of Delaware dated and entered on April 9, 2008 and the related opinion [Adv. Proc. Docket No. 26] (the "Opinion"), which was dated and entered on April 9, 2008.

| I.N.[1] | DATE | D.N.[2] | DOCKET ENTRY |
|---|---|---|---|
| 1 | 5/25/2007 | 1 | Complaint by The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc.,, Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust, against Mati Wax. |
| 2 | 6/14/2007 | 3 | Summons and Notice of Pretrial Conference Served on Defendant Mati Wax. |
| 3 | 8/6/2007 | 4 | Stipulation Extending the Time to Respond to Plaintiff's Complaint Between Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust and Mati Wax. |
| 4 | 8/8/2007 | 5 | Order Approving Stipulation by and Between the Liquidating Trust and Mati Wax Extending the Time to Respond to Plaintiff's Complaint. |
| 5 | 8/13/2007 | 6 | Answer to Complaint. |
| 6 | 11/2/2007 | 10 | Fact Stipulation Filed by The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc. |
| 7 | 11/2/2007 | 11 | Certification of Counsel Regarding Scheduling Order Filed by The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc. |
| 8 | 11/5/2007 | 12 | Signed Scheduling Order |
| 9 | 12/5/2007 | 14 | Motion For Summary Judgment Filed by Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust. |
| 10 | 12/5/2007 | 15 | Plaintiff's Memorandum of Law in Support of its Motion for Summary Judgment Filed by Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust. |

[1] I.N. means Item Number.

[2] D.N. means Docket Number.

| | | | |
|---|---|---|---|
| 11 | 12/5/2007 | 16 | Compendium of Unreported Cases (related document(s)15 ) Filed by Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust. |
| 12 | 12/5/2007 | 18 | Defendant Mati Wax's Motion For Summary Judgment |
| 13 | 12/19/2007 | 19 | Reply Brief In Opposition to Defendant's Cross-Motion for Summary Judgment Filed by Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust. |
| 14 | 12/19/2007 | 20 | Defendant Mati Wax's Reply Brief in Support of Motion for Summary Judgment. |
| 15 | 1/7/2007 | 21 | Certification of Counsel Regarding Plaintiff's Brief in Support of Plaintiff's Motion for Summary Judgment (related document(s)14 ) Filed by Executive Sounding Board Associates, Inc. as Liquidating Agent of The Liquidating Trust. |
| 16 | 1/7/2008 | 22 | Reply of Defendant to Certification of Counsel Regarding Plaintiff's Brief in Support of Plaintiff's Motion for Summary Judgment Filed by Mati Wax. |
| 17 | 1/8/2008 | 23 | Notice of Agenda of Matters Scheduled for Hearing Filed by The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc. |
| 18 | 1/10/2008 | 24 | Amended Notice of Agenda of Matters Scheduled for Hearing Filed by The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc. |
| 19 | 4/9/2008 | 26 | Opinion |
| 20 | 4/9/2008 | 27 | Signed Order Granting Plaintiff's Motion For Summary Judgment (Related Doc # 14),and Denying Defendant's Motion For Summary Judgment (Related Doc # 18) For reasons set forth in Opinion (Related Doc # 26) Order Signed on 4/9/2008. (CAS, ) Modified text to add information on 4/10/2008 (SDJ, ) |
| 21 | 4/16/2008 | 28 | Notice of Appeal (BAP#08-24) Filed by Mati Wax. |
| | | | Transcript of January 11, 2008 Hearing on competing motions for summary judgment (Ordered but not yet completed) |

The Appellant respectfully reserves the right to supplement and amend the record on appeal

designated herein.

**Statement of Issues on Appeal**

The Appellant hereby states that the issue on appeal is whether the Bankruptcy Court erred, as a matter of law, in granting the plaintiff's motion for summary judgment (while denying the Defendant's competing motion for summary judgment) and subordinating the Defendant's claim for $2,775,415.26 (which was based upon a final judgment entered prior to the filing of the bankruptcy petition) to the claims of other creditors pursuant to section 510(b) of title 11 of the United States Code.

Dated: April 25, 2008

LEVINE & BAKER LLP
Richard E. Levine (CA Bar No. 88729)
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone: (415) 391-8177
Facsimile: (415) 391-8488

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Kenneth H. Brown (CA Bar No. 110345)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Appellant

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>U.S. WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC.,<br><br>Debtors. | ) | Chapter 11<br><br>Case No. 01-10262 (CSS)<br>(Jointly Administered) |
| THE LIQUIDATING TRUST OF U.S. WIRELESS LOCATION TECHNOLOGIES, INC. AND WIRELESS LOCATION SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATI WAX,<br><br>Defendant. | ) | Adv. Proc. No. 07-51413 (CSS) |

**CERTIFICATE OF SERVICE**

I, Curtis A. Hehn, hereby certify that on the 25th day of April, 2008, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEFENDANT MATI WAX'S DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Curtis A. Hehn (Bar No. 4264)

55072-001\DOCS_DE:133381.4

U.S. Wireless Location Technologies, Inc.
(The Liquidating Trust of U.S. Wireless Location, et al.
v. Mati Wax); Adv. No. 07-51413 Service List
Document No. 136666
04 – Hand Delivery

***Hand Delivery***
The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19899

***Hand Delivery***
Richard M. Beck, Esquire
Klehr, Harrison, Harvey,
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

***Hand Delivery***
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey,
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

***Hand Delivery***
Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801