IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: US WIRELESS CORPORATION, INC. *et al.*

| | |
|---|---|
| THE LIQUIDATING TRUST OF<br>US WIRELESS CORPORATION,<br>INC. et al.<br>　　　　　Appellants<br><br>v.<br><br>MATI WAX,<br>　　　　　Appellee | Civil Action No. 1:08-cv-00278-GMS<br><br><br>Bankruptcy Case No. 01-10262<br>ADV 07-51413<br>AP 08-24 |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO:　CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that, Christopher A. Ward, Esq. of Polsinelli Shalton Flanigan Suelthaus P.C., hereby withdraws his appearance as counsel of record for the Appellants in the above-captioned case. Therefore, please remove Christopher A. Ward, Esq. from the all service lists in this case.

PLEASE TAKE FURTHER NOTICE that, Richard M. Beck, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby enters his appearance as counsel of record for the Appellants and requests to be added to the service list in the above-captioned case.

DEL1 68370-1

Dated: May 22, 2008

| | |
|---|---|
| **POLSINELLI SHALTON FLANIGAN SUELTHAUS P.C.** | **KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP** |
| /s/ Christopher A. Ward | /s/ Richard M. Beck |
| Christopher A. Ward, Esq. (Del. Bar No. 3877) | Richard M. Beck, Esq. (Del. Bar No. 3370) |
| 222 Delaware Avenue, Suite 900 | 919 Market Street, Suite 1000 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Email: cward@polsinelli.com | Telephone: (302) 426-1189 |
| | Fax: (302) 426-9193 |
| Withdrawing Attorney | Email: rbeck@klehr.com |
| | Attorneys for Appellants |

DEL1 68370-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:   US WIRELESS CORPORATION, INC. *et al.*

| | |
|---|---|
| THE LIQUIDATING TRUST OF US WIRELESS CORPORATION, INC. et al.<br>　　　　Appellants<br><br>v.<br><br>MATI WAX,<br>　　　　Appellee | Civil Action No. 1:08-cv-00278-GMS<br><br><br>Bankruptcy Case No. 01-10262<br>ADV 07-51413<br>AP 08-24 |

### CERTIFICATE OF SERVICE

I, Richard M. Beck, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, hereby certify that on this 17th day of June 2008, I caused to be served a copy of the Notice of Withdrawal and Substitution of Counsel upon the parties listed below in the manner indicated.

**Via Hand Delivery and Email**
Curtis A. Hehn, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th FL
Wilmington, DE 19801

**Via First Class Mail and Email**
Richard E. Levine, Esq.
Levine & Baker LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111

　　　　　　　　　　　　　　　　*/s/ Richard M. Beck*
　　　　　　　　　　　　　　　　Richard M. Beck, Esq. (No. 3370)

DEL1 68479-1