## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| US WIRELESS ) | |
| CORPORATION, INC. *et al.* ) | |
| ) | |
| ) | |
| THE LIQUIDATING TRUST OF ) | |
| US WIRELESS CORPORATION, ) | |
| INC. et al. ) | |
|        Appellee ) | Civil Action No. 1:08-cv-00278-GMS |
| ) | |
| v. ) | |
| ) | |
| MATI WAX, ) | |
| ) | Bankruptcy Case No. 01-10262 |
|        Appellant ) | ADV 07-51413 |
| ) | AP 08-24 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Liquidating Trust of U.S. Wireless Corporation, et al., and Mati Wax, stipulate that this appeal shall be dismissed with prejudice. Each Party shall bear its own costs, including legal and attorney fees incurred in connection with the above-entitled action, including the preparation and performance of this joint stipulation.

PACHULSKI STANG ZIEHL & JONES, LLP      KLEHR, HARRISON, HARVEY,
                                                     BRANZBURG & ELLERS LLP

  /s/ **Curtis A. Hehn**_____                 /s/ **Richard M. Beck**_____
Laura Davis Jones (Bar No. 2436)                   Richard M. Beck (Del. Bar No. 3370)
Kenneth H. Brown (CA Bar No. 100396)       919 Market Street, Suite 1000
Curtis A. Hehn (Bar No. 4264)                        Wilmington, DE 19801
919 North Market Street, 17th Floor              (302) 426-1189 Telephone
Wilmington, DE 19801                                (302) 426-9193 Facsimile
(302) 652-4100 Telephone                           rbeck@Klehr.com
(302) 652-4400 Facsimile                             cward@Klehr.com
                                                                  Counsel for Appellee

            - and -

2

LEVINE & BAKER LLP
Richard E. Levine, Esquire
One Maritime Plaza, Suite 400
San Francisco, CA 94111
(415) 391-8177 Telephone
(415) 391-8848 Facsimile
rlevine@levinebakerlaw.com

Counsel for Appellant


Dated:  July 1, 2008

    The foregoing Stipulation is APPROVED and SO ORDERED, this _____ day of

_____, 2008.

                                                     _____
                                                   Gregory M. Sleet
                                                   Chief United States District Judge